[No. 14397–2–I.   Division One.   April 22, 1985.]

*In the Matter of the Personal Restraint of*
GEORGE J. MARTIN, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Ringold, J., concurred in by Swanson and Williams, JJ.

[No. 14494–4–I.   Division One.   April 22, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD
SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–04679–5, Stephen M. Gaddis, J. Pro Tem., entered January 19, 1984. *Reversed* and *dismissed* by unpublished opinion per Ringold, J., concurred in by Swanson, J., Williams, J., concurring in the result.

[No. 5559–1–III.   Division Three.   April 23, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. HARVEY
LEON CRESS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Stevens County, No. 23796, Larry M. Kristianson, J., entered December 22, 1982. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.

[No. 5993–6–III.   Division Three.   April 23, 1985.]

RICHARD N. HAGENSEN, ET AL, *Respondents,* v. ALMA
PETERSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 79–2–00384–8, Fred R. Staples, J., entered July 7, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.